**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

WANDA ALLEN, on behalf of Sophia Simpson,

Plaintiff,

v.

LESLIE COOLEY DISMUSKES, Secretary for Adult Correction for the State of North Carolina,

Defendant.

Civil Action No. 26-cv-11595-DLC

**ORDER**

**CABELL, Magistrate Judge**

Wanda Allen ("Allen") initiated this action by filing a *pro se* complaint with a motion for leave to proceed *in forma pauperis*. and a motion for execution and issuance of warrant of arrest. ECF Nos. 1 - 3. None of the pleadings contain Allen's original signature. The phrase "Electronic Signature"" is typewritten on the line of the complaint that requests the signature of plaintiff. ECF No. 1 at ¶ VI(A). The phrase "Electronic Signature" is typewritten on the line that requests the signature of the applicant seeking *in forma pauperis* status. ECF No. 2 at 2. Finally, "Electronic Submitted by Wanda M. Allen" is typewritten on the signature line of the motion for execution and issuance of warrant of arrest. ECF No. 3 at 3.

For a plaintiff seeking to proceed *in forma pauperis*, the plaintiff must submit an affidavit that includes a statement of all plaintiff's assets. *See* 28 U.S.C. § 1915(a)(1). This "affidavit" requirement is satisfied as long as it contains the phrase "under penalty of perjury" and states that the document is true. *See* 28 U.S.C. § 1746 (unsworn declarations under penalty of perjury); *see*

*also Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 205 (1993) (discussing function of affidavit requirement).

Here, plaintiff's motion for leave to proceed *in forma pauperis* does not contain the cursive signature of plaintiff. Because Allen has not actually signed the motion under the penalties of perjury, the motion is DENIED without prejudice. If Allen wishes to proceed with this action, she shall, within 28 days of the date of this Order, file (1) a motion for leave to proceed in forma pauperis that contains her signature; and (2) a motion to reopen the case.

Accordingly, the Court hereby orders:

1. The motion for leave to proceed *in forma pauperis* is DENIED WITHOUT PREJUDICE.

2. The motion for execution and issuance of warrant of arrest is DENIED.

3. Plaintiff shall, within twenty-one (21) days from the date of this Order, either (i) pay the $405.00 filing fee, or (ii) file a motion for leave to proceed *in forma pauperis* that contains her signature. Failure to do so may result in dismissal of this action by a District Judge.

/s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED: October 19, 2026